UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>IVAN GRANILLO,<br><br>    Defendant-Appellant. | U.S.C.A. No. 24-46<br>U.S.D.C. No. 23-cr-1419-RSH<br><br>**DEFENDANT-APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING BY 30 DAYS** |

  Ivan Granillo, the Defendant-Appellant in this case, respectfully requests that this Court, pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), and for the reasons set forth in the attached declaration, extend the due date for his petition for rehearing by 30 days, from September 2, 2025 to October 2, 2025.

                    Respectfully submitted,

Dated: August 26, 2025         *s/ Veronica Portillo-Heap*
                       Veronica Portillo-Heap
                       Trial Attorney
                       Federal Defenders of San Diego Inc.
                       225 Broadway Suite 900
                       San Diego, CA 92101
                       (619) 234-8467 - Office
                       (619) 687-2666 - Fax
                       Veronica_Portillo-Heap@fd.org
                       *Counsel for Mr. Granillo*

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>IVAN GRANILLO,<br><br>　　　　　Defendant-Appellant. | U.S.C.A. No. 24-46<br>U.S.D.C. No. 23-cr-1419-RSH<br><br>**DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME TO FILE PETITION FOR REHEARING BY 30 DAYS** |

　　　　I, Veronica Portillo-Heap, declare:

1.　　I am an attorney duly licensed to practice law in the State of California and in the United States District Court for the Southern District of California.

2.　　I am an employee of Federal Defenders of San Diego, Inc., and in such capacity was appointed by the United States District Court to represent Ivan Granillo, the Defendant-Appellant, at trial and on appeal.

3.　　Following a jury trial, Mr. Granillo was sentenced to 18 months of custody and three years of supervised release. Mr. Granillo is now on supervised release.

4.　　The petition for rehearing is currently due on September 2, 2025. This is the first request for extension of time.

5.　　I have reviewed the Memorandum, and I believe a petition for rehearing and suggestion for rehearing en banc should be filed. Rehearing is necessary to secure and maintain uniformity within this circuit and other circuits.

6. The additional time, however, is needed. Over the past several weeks, I have been preparing several felony cases for trial, including *United States v. Benjamin Castro-Leyva*, 24-cr-2445-RBM, *United States v. Claudia Selene Soto-Ortuno,* 25-cr-1061-CAB-1, and *United States v. Martin Alfaro Arambula*, 25-cr-3088-H. Because of my trial preparations, in addition to work on approximately 25 active and open cases in the District Court, I have not had sufficient time to prepare the petition for panel rehearing in this case.

7. Assistant U.S. Attorney Daniel Zipp does not oppose this request for extension.

8. I have exercised diligence in working on this case.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on August 26, 2025, in San Diego, California.

                                                  *s/Veronica Portillo-Heap*
                                                  Veronica Portillo-Heap
                                                  Declarant